April 23, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF A.N.R., D.A.R, W.J.R AND M.L.R, Children

NO. 14-12-00915-CV

_____

This cause, an appeal in favor of appellee, April Mechelle Stephenson, signed, May 21, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, James Lee Roesch.

We further order this decision certified below for observance.